IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES D. BIVENS                                                    PLAINTIFF

vs.                              Civil No. 6:16-cv-06022

NANCY A. BERRYHILL                                                   DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

 Comes now the Court in accordance with the Memorandum Opinion entered in the above-

styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the

Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is

hereby dismissed with prejudice.

 **ENTERED this 17th day of February 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE